JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ENGINEERED PLUMBING, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV 08-03311 PA (JTLx)<br><br>ASSIGNED TO THE HONORABLE PERCY ANDERSON<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal with Prejudice by and between defendant Engineered Plumbing, Inc. and plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust, through their respective attorneys of record, and good cause appearing therefore,

148561.1

1    IT IS HEREBY ORDERED that the above-entitled case be dismissed
2 with prejudice, in its entirety, with each party to bear its own
3 costs and attorneys' fees.

DATED: August 28, 2008

UNITED STATES DISTRICT JUDGE

148561.1